EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Luis E. Dubón Otero | Querella<br><br>2001 TSPR 76 |

Número del Caso: CP-2001-6

Fecha: 17/mayo/2001

Oficina del Procurador General:

                         Hon. Gustavo A. Gelpí
                         Procurador General

Abogados de la Parte Querellada:
                         Lcdo. Gerardo Ortiz del Rivero
                         Lcdo. Ignacio Rivera

Materia: Conducta Profesional
         (La suspensión es efectiva a partir del 24 de mayo de 2001, fecha en que se le
         notificó al abogado de su suspensión inmediata)

     Este documento constituye un documento oficial del Tribunal Supremo que está
     sujeto a los cambios y correcciones del proceso de compilación y publicación
     oficial de las decisiones del Tribunal. Su distribución electrónica se hace
     como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis E. Dubón Otero

CP-2001-6

RESOLUCIÓN

San Juan, Puerto Rico a 17 de mayo de 2001

En atención a la querella presentada por la Oficina del Procurador General el 7 de diciembre de 2000, el 17 de abril de 2001 emitimos una resolución mediante la cual le concedimos al Lcdo. Luis E. Dubón Otero un plazo de cinco (5) días, contados a partir de la notificación de la resolución, para que mostrara causa por la cual no debíamos "suspenderlo provisionalmente de la abogacía hasta que otra cosa disponga este Tribunal."[1]

Oportunamente, el licenciado Dubón Otero nos solicitó que le concediéramos un plazo no menor

---

[1]   En dicha resolución el Juez Asociado señor Rebollo López emitió Voto Particular de Conformidad, al cual se unió el Juez Asociado señor Hernández Denton. El Juez Asociado señor Fuster Berlingeri emitió Voto Disidente, al cual se unió el Juez Presidente señor Andréu García. El Juez Asociado señor Rivera Pérez emitió Voto Particular de Conformidad. La Juez Asociada señora Naveira de Rodón no intervino.

de treinta (30) días para cumplir con nuestra resolución de 17 de abril y contestar así la querella presentada por la Oficina del Procurador General.

A la luz de la totalidad de los documentos que obran en autos, este Tribunal suspende inmediata y provisionalmente al Lcdo. Luis E. Dubón Otero del ejercicio de la profesión de abogado y de la notaría hasta que otra cosa disponga este Tribunal.

Se le concede un plazo de quince (15) días, contados a partir de la notificación de esta resolución, para que conteste la querella presentada por la Oficina del Procurador General.

Se le impone al señor Dubón Otero el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, de devolverle cualesquiera honorarios recibidos por trabajos no realizados, e informarle oportunamente de su suspensión a los distintos foros judiciales y administrativos del País. Además, deberá certificarnos dentro del término de treinta (30) días, contados a partir de la notificación de esta resolución, el cumplimiento de estos deberes, notificando también al Procurador General.

El Alguacil de este Tribunal deberá incautarse del sello y la obra notarial del abogado suspendido, debiendo entregar los mismos a la Directora de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.

**Publíquese**.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López hace constar que concedería la prórroga solicitada. El Juez Asociado señor Fuster Berlingeri disiente del dictamen disciplinario de la mayoría del Tribunal por entender que según la ley y la jurisprudencia aplicable lo que procede es la suspensión **permanente** del licenciado Dubón Otero del ejercicio de la profesión y no meramente la suspensión provisional que es la que la mayoría ordena. El Juez Asociado señor Fuster Berlingeri disiente, además, de la orden de la mayoría concediéndole al licenciado Dubón Otero un término de quince (15) días para contestar la querella presentada por el Procurador General debido a que el querellado Dubón Otero ha tenido tiempo suficiente para contestar dicha querella, casi seis (6) meses para hacerlo, pues la misma fue presentada el 7 de diciembre de 2000, por lo que este Tribunal no debe continuar extendiéndole privilegios al licenciado Dubón Otero, que no se le han concedido en el pasado a otros abogados en las mismas circunstancias. El Juez Presidente señor Andréu García no intervino.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo